UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCHEIDING,<br><br>              Plaintiff,<br><br>      v.<br><br>DAVID SMITH, et al.,<br><br>              Defendants. | 1:16-cv-00164-BAM (PC)<br><br>ORDER TO SUBMIT A **PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR **PRISONER**<br><br>**THIRTY-DAY (30-DAY) DEADLINE** |

   Plaintiff Jason Scheiding ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action in the District Court for the Northern District of California on January 27, 2016. (ECF No. 1.) Plaintiff also filed an in forma pauperis application with that court. (ECF No. 2.)

   On February 3, 2016, a judge of the Northern District of California determined that venue would be proper in the Eastern District of California, and transferred the case. (ECF No. 5.) No determination had yet been made on Plaintiff's in forma pauperis application. However, the form submitted by Plaintiff in the Northern District of California is not the correct form for consideration in this district. The Court requires a proper prisoner application to proceed in forma pauperis on this Court's form to consider Plaintiff's application pursuant to 28 U.S.C. § 1915.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis for a prisoner;

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a prisoner, or in the alternative, pay the $400.00 filing fee for this action;

3. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint; and

4. **No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **February 8, 2016**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE