UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCHEIDING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID SMITH, et al.,<br><br>　　　　Defendants. | 1:16-cv-00164-DAD-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND MOTION REQUESTING A SCHEDULING ORDER<br><br>(ECF No. 15) |

Plaintiff Jason Scheiding ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action in the District Court for the Northern District of California on January 27, 2016. (ECF No. 1.) The action was transferred to this Court on February 4, 2016. (ECF No. 6.)

Currently before the Court is Plaintiff's combined notice of change of address and motion requesting for scheduling order. (ECF No. 15.) Plaintiff has updated the Court of his address change, and states that he believes a scheduling order may have been issued while he was undergoing transfer. He requests any missed papers, filings, scheduling orders, etc.

No scheduling order has yet been issued in this matter. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which

relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's complaint has not yet been screened, no defendants have been served or appeared, and thus no scheduling order has issued. Currently, there are no deadlines pending. As a result, Plaintiff's request for a scheduling order will be denied. Plaintiff's complaint will be screened in due course.

Plaintiff is further informed that the docket reflects the last documents in this matter sent to Plaintiff was a Clerk of the Court's notice that the case has been assigned to District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe. The new case number is 1**:16-cv-00164-DAD-BAM (PC)**. All further filings should reflect this case number. That notice was served by mail on Plaintiff on February 17, 2016, and was not returned as undelivered or otherwise.

The Court was subsequently notified by Plaintiff of his change of address on July 18, 2016, regarding his transfer to his current housing at La Palma Correctional Center in Eloy, Arizona. The Court then received this second notice of Plaintiff's change of address and motion for a scheduling order. No orders were issued between the February 17, 2016 notice and this current order.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a scheduling order (ECF No. 15) is DENIED.

IT IS SO ORDERED.

Dated: **August 16, 2016**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE